1 | CENTER FOR DISABILITY ACCESS
2 | Chris Carson, Esq., SBN 280048
  | Dennis Price, Esq., SBN 279082
3 | Amanda Seabock, Esq., SBN 289900
4 | 8033 Linda Vista Road, Suite 200,
  | San Diego, CA 92111
5 | (858) 375-7385; (888) 422-5191 fax
  | amandas@potterhandy.com
6 | Attorneys for Plaintiff

7 | ALVIN B. SHERRON (SBN: 106598)
8 | lawofsabs@cal.com
  | LAW OFFICES OF ALVIN B. SHERRON
9 | 1300 Clay Street, Suite 600
10 | Oakland, CA 94612
  | Telephone: (213) 482-3236
11 | Attorney for Defendants
12 | Danny C. Nim; Annie T. Nim

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SAMUEL LOVE, | Case: 3:19-CV-05395-TSH |
|---|---|
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |
| DANNY C. NIM; ANNIE T. NIM; and Does 1-10, | |
| Defendants. | |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

| | | |
|---|---|---|
| 1 | Dated: April 3, 2020 | CENTER FOR DISABILITY ACCESS |
| 2 | | |
| 3 | | By: /s/Amanda Lockhart Seabock |
| | | Amanda Lockhart Seabock |
| 4 | | Attorney for Plaintiff |
| 5 | | |
| 6 | Dated: | LAW OFFICES OF ALVIN B. SHERRON |
| 7 | | |
| 8 | | By:_____ |
| | | Alvin B. Sherron |
| 9 | | Attorney for Defendants |
| 10 | | Danny C. Nim; Annie T. Nim |

```
 1
 2  This stipulation is made as the matter has been
 3  resolved to the satisfaction of all parties.
    Dated:                          CENTER FOR DISABILITY
 4  ACCESS
 5
                          By: _____
 6                            Amanda Lockhart Seabock
                              Attorney for Plaintiff
 7
 8
 9  Dated:                          LAW OFFICES OF ALVIN B.
    SHERRON
10
11
                          By: _____
12                            Alvin B. Sherron
                              Attorney for Defendants
13                            Danny C. Nim; Annie T. Nim
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```